Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF XANDER MANN,
AMY PICKERING, and JUSTIN MANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF XANDER MANN, AMY PICKERING, and JUSTIN MANN,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF'S DEPARTMENT, JEFF DIRKSE, GERARDO ZAZUETA, and DOE 1 to 20,<br><br>Defendants. | Case No. 1:21-cv-01098-AWI-SKO<br><br>**PLAINTIFF ESTATE OF XANDER MANN'S NOTICE OF MOTIONS; MOTION TO COMPEL; AND MOTION FOR EXPENSES RE: RFP NO. 1**<br><br>Date:          July 6, 2022<br>Time:          9:30 a.m.<br>Location:    Robert E. Coyle U.S. Courthouse<br>                    2500 Tulare Street<br>                    Fresno, CA 93721<br>Courtroom: 7 (6th Floor)<br>Magistrate Judge: Hon. Sheila K. Oberto |

**NOTICE OF MOTIONS**

PLEASE TAKE NOTICE that, pursuant to E.D. Cal. L.R. 251, on July 6, 2022, at 9:30 a.m., in Courtroom 7 (6th Floor) of the Robert E. Coyle U.S. Courthouse, 2500 Tulare Street, Fresno, CA 93721, before the Honorable Magistrate Judge Sheila K. Oberto, Plaintiff Estate of Xander Mann does and will move the Court: (a) to compel production; and (b) to award expenses, as identified below.

The grounds for the instant motions, including substantive argument, supporting declarations, and exhibits, will be submitted to the Court in the forthcoming Joint Statement Re: Discovery Disagreement, pursuant to E.D. Cal. L.R. 251(c).

1

**NOTICE OF MOTIONS; MOTION TO COMPEL; AND MOTION FOR EXPENSES RE: RFP NO. 1**
*Estate of Mann v. County of Stanislaus*, United States District Court, Eastern District of California, Case No. 1:21-cv-01098-AWI-SKO

## MOTION TO COMPEL

Plaintiff Estate of Xander Mann ("Estate") does and will move the Court, pursuant to Fed. R. Civ. P. 34(a)(1)(A) and 37(a)(3)(B)(iv), to compel responses, or further responses based on production of evasive or incomplete responses, from Defendant County of Stanislaus ("County"), to the Estate's request for production ("RFP") no. 1, seeking: "All DOCUMENTS relating to the investigation of the Estate of Xander Mann, Amy Pickering, and Justin Mann's government claim dated June 4, 2021, concerning the officer-involved death of Xander Mann—including: interviews conducted, statements, correspondence, video/audio recordings, reports, and memos."

## MOTION FOR EXPENSES

In the event that the Estate's motion to compel is granted, in whole or in part, or that the County produces responses after this motion is filed, the Estate does and will move the Court, pursuant to Fed. R. Civ. P. 37(a)(5), for an award of reasonable expenses against the County and/or its counsel which were incurred in meet-and-confer efforts and making the instant motion, including attorneys' fees and costs.

Dated: June 8, 2022

Respectfully Submitted,

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiffs
ESTATE OF XANDER MANN,
AMY PICKERING, and JUSTIN MANN

2

**NOTICE OF MOTIONS; MOTION TO COMPEL; AND MOTION FOR EXPENSES RE: RFP NO. 1**
*Estate of Mann v. County of Stanislaus*, United States District Court, Eastern District of California, Case No. 1:21-cv-01098-AWI-SKO