# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF XANDER MANN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No. 1:22-cv-384-DAD-SAB<br><br>**ORDER DISCHARGING ADRIANNA SALGADO AS GUARDIAN *AD LITEM* FOR HECTOR del ALTO**<br><br>**(Doc. 77)** |
| HECTOR del ALTO, by guardian ad litem ADRIANNA SALGADO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, etc., et al.,<br><br>Defendants. | Case No. 1:22-cv-384-DAD-SAB (administratively closed as consolidated with 1:21-cv-1098-AWI-SKO) |

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Discharging Adrianna Salgado etc.
Case No. 1:21-cv-1098-AWI-SKO

1

21CV1098.O.ESTATEOFXANDERMANN.ADMIN.MOT.DISCHARGE.GUARDIAN.AD.LITEM.KLW

1    Upon the Administrative Motion of Adrianna Salgado (Doc. 77), guardian *ad litem* for Hector del Alto who has now reached the age of majority, no opposition having been filed and good cause appearing, it is HEREBY ORDERED as follows: The motion is GRANTED.  Adrianna Salgado is DISCHARGED as guardian *ad litem* for Hector del Alto, who shall now prosecute his claims in his name and capacity as a competent adult.

IT IS SO ORDERED.

Dated:   **October 21, 2022**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Discharging Adrianna Salgado etc.
Case No. 1:21-cv-1098-AWI-SKO

2

21CV1098.O.ESTATEOFXANDERMANN.ADMIN.MOT.DISCHARGE.GUARDIAN.AD.LITEM.KLW