1   Mark E. Merin (State Bar No. 043849)
2   Paul H. Masuhara (State Bar No. 289805)
    LAW OFFICE OF MARK E. MERIN
3   1010 F Street, Suite 300
    Sacramento, California 95814
4   Telephone:    (916) 443-6911
    Facsimile:    (916) 447-8336
5   E-Mail:       mark@markmerin.com
                  paul@markmerin.com
6
    Attorneys for Plaintiffs
7   ESTATE OF XANDER MANN,
    AMY PICKERING, and JUSTIN MANN
8

9   RIVERA HEWITT PAUL LLP
    11341 Gold Express Drive, Ste. 160
10  Gold River, California 95670
    Tel: 916-922-1200
11  Fax: 916-922-1303
    Shanan L. Hewitt (SBN 200168)
12  shewitt@rhplawyers.com
    Jill B. Nathan (SBN 186136)
13  jnathan@rhplawyers.com
    Wendy Motooka (SBN 233589)
14  wmotooka@rhplawyers.com
15
    Attorneys for Defendants
16  COUNTY OF STANISLAUS, STANISLAUS
    COUNTY SHERIFF'S DEPARTMENT,
17  JEFF DIRKSE, and DARWIN HATFIELD

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

    Attorney for Defendant
    GERARDO ZAZUETA

18                    UNITED STATES DISTRICT COURT

19                   EASTERN DISTRICT OF CALIFORNIA

20                          FRESNO DIVISION

21  ESTATE OF XANDER MANN, AMY            Case No. 1:21-cv-01098-AWI-SKO
    PICKERING, JUSTIN MANN, and HECTOR
22  DEL ALITO                             **JOINT REQUEST TO MODIFY
                                          SCHEDULING ORDER;
23                                        ORDER VACATING SCHEDULING ORDER
                  Plaintiffs,             IN LIGHT OF CONSOLIDATION**
24
    vs.
25                                        **(Doc. 79)**
    COUNTY OF STANISLAUS, STANISLAUS
26  COUNTY SHERIFF'S DEPARTMENT,
    JEFF DIRKSE, DARWIN HATFIELD,
27  GERARDO ZAZUETA, and DOE 2 to 20,

28

                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants.

The parties—Plaintiffs Estate of Xander Mann, Amy Pickering, and Justin Mann (collectively, "Plaintiffs"); Defendants County of Stanislaus, Stanislaus County Sheriff's Department, Jeff Dirkse, and Darwin Hatfield (collectively, "County Defendants"); and Defendant Gerardo Zazueta ("Zazueta")—jointly request the Court to modify the currently-operative scheduling order, ECF No. 21. Specifically, the parties request the currently-operative scheduling order, ECF No. 21, be vacated, pending the resetting of scheduling deadlines during the parties' upcoming Initial Scheduling Conference scheduled for April 18, 2023, ECF No. 71.

WHEREFORE, on December 2, 2021, the Court entered the currently-operative scheduling order, ECF No. 21;

WHEREAS, on July 8, 2022, Plaintiffs amended the complaint and added a new party-defendant, Darwin Hatfield. ECF No. 51. Defendant Darwin Hatfield filed a motion to dismiss, ECF No. 70, which was opposed, ECF No. 73, and the motion remains pending decision before the Court, ECF No. 76. The pleadings are unsettled in this case, at this time.

WHEREAS, on July 12, 2022, Plaintiff Hector del Alto filed a notice of related case, and stipulation to consolidate. ECF No. 53. On July 14, 2022, Plaintiff Hector del Alto's case was consolidated with this case. ECF No. 54.

WHEREAS, for the duration of this case, the parties have been engaged in discovery conferences concerning outstanding discovery, including a large amount of emails in Defendant County of Stanislaus' possession. *See* ECF No. 75. A portion of the responsive discovery has been produced but additional discovery remains to be reviewed and produced. Discovery is incomplete in this case, at this time.

WHEREAS, on August 1, 2022, the Court issued a minute order stating that, "[i]n light of the pending motion(s), the Initial Scheduling Conference … is CONTINUED to 4/18/2023, at 9:30 AM, in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report 7 days prior to the conference." ECF No. 71.

WHEREAS, good cause justifies modifying the currently-operative scheduling order, ECF No. 21, as several developments have occurred in this case since the scheduling order was entered, and several issues remain outstanding which effect the timing relative to dates present in the scheduling

2

1  order. Given the upcoming scheduling conference scheduled on April 18, 2023, the parties propose

2  submission of new scheduling deadlines in the joint scheduling report, currently due to be filed on April

3  11, 2023. *See* ECF No. 71.

4      NOW, THEREFORE, the parties request the Court to VACATE currently-operative scheduling

5  order, ECF No. 21, and to DIRECT the parties to submit further proposed scheduling deadlines in the

6  joint scheduling report currently due to be filed on April 11, 2023.

7      IT IS SO STIPULATED.

8  Dated: January 20, 2023                     Respectfully Submitted,
                                               LAW OFFICE OF MARK E. MERIN
9

10                                                 */s/ Mark E. Merin*

11                                             By: _____
                                                   Mark E. Merin
12                                                 Paul H. Masuhara
                                                      Attorneys for Plaintiffs
13                                                    ESTATE OF XANDER MANN,
                                                      AMY PICKERING, and JUSTIN MANN
14

15  Dated: January 20, 2023                     Respectfully Submitted,
                                               RIVERA HEWITT PAUL LLP
16

17                                                 */s/ Jill B. Nathan*
                                                   (as authorized on January 20, 2023)
18                                             By: _____
                                                   Shanan L. Hewitt
19                                                 Jill B. Nathan
                                                   Wendy Motooka
20                                                    Attorneys for Defendants
                                                      COUNTY OF STANISLAUS, STANISLAUS
21                                                    COUNTY SHERIFF'S DEPARTMENT,
                                                      JEFF DIRKSE, and DARWIN HATFIELD
22

23  Dated: January 20, 2023                     Respectfully Submitted,
                                               PORTER | SCOTT
24

25                                                 */s/ John R. Whitefleet*
                                                   (as authorized on January 20, 2023)
26                                             By: _____
                                                   John R. Whitefleet
27                                                    Attorney for Defendant
                                                      GERARDO ZAZUETA
28

3

**JOINT REQUEST TO MODIFY SCHEDULING ORDER; ORDER VACATING SCHEDULING ORDER**
*Estate of Mann v. County of Stanislaus*, United States District Court, Eastern District of California, Case No. 1:21-cv-01098-AWI-SKO

1

2

**ORDER**

3      GOOD CAUSE APPEARING, the parties' request is GRANTED.  (Doc. 79)

4      In light of the consolidation of *Estate of Xander Mann, et al., v. County of Stanislaus, et al*. and

5  *Hector del Alto v. County of Stanislaus, et al*. (*see* Doc. 54), and for judicial efficiency and litigation

6  economy, the Court VACATES currently operative scheduling order (Doc. 21), entered prior to the

7  consolidation, and DIRECTS the parties to submit further proposed scheduling deadlines in the joint

8  scheduling report currently due to be filed on April 11, 2023.

9

10  IT IS SO ORDERED.

11  Dated:   **January 23, 2023**                           /s/ *Sheila K. Oberto*

12                                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4